# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# AMENDED JUDGMENT IN A CIVIL CASE

**GERALDINE DENNIS**

      vs.                      Case Number:    **10-3125**

**GOCOM MEDIA OF ILLINOIS LLC**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY THE COURT**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by the Honorable Richard Mills, Federal Rule of Civil Procedure 68(a), the Defendant's Offer of Judgment [d/e 16], and the Plaintiff's Acceptance of Rule 68 Offer of Judgment and Request for Entry of Judgment [d/e 17], judgment is entered in favor of Plaintiff Geraldine Dennis and against Defendant GOCOM Media of Illinois LLC in the amount of $70,000, with costs accrued.

      **IT IS FURTHER ORDERED AND ADJUDGED**, pursuant to an Opinion entered by the Honorable Richard Mills on 1/15/2014,  Plaintiff is awarded attorney's fees and costs in the amount of $18,148.25.-----

**Dated:** January 15, 2014

                                    s/ Kenneth A. Wells
                                    Kenneth A. Wells
                                    Clerk, U.S. District Court